STATE OF VERMONT

SUPERIOR COURT                                                CIVIL DIVISION
CHITTENDEN UNIT                                               DOCKET NO. 546-6-19 Cncv

State of Vermont

vs.

3M Company,
E. I. du Pont de Nemours and Company,
The Chemours Company,
The Chemours Company FC, LLC,
Corteva, Inc.,
DuPont de Nemours, Inc.,
Chemguard, Inc.,
Tyco Fire Products L.P.,
National Foam, Inc.,
Buckeye Fire Equipment Company, and
Kidde-Fenwal, Inc.

RECEIVED

AUG - 9 2019
2:19-CV-134
U.S. DISTRICT COURT
BURLINGTON, VT

VERMONT SUPERIOR COURT
FILED

AUG - 1 2019

CHITTENDEN UNIT

## NOTICE OF APPEARANCE

Robert F. McDougall, Assistant Attorney General, hereby appears as co-counsel for the State of Vermont in the above-captioned matter.

All papers in this action shall be served upon him at the Attorney General's Office, 109 State Street, Montpelier, VT 05609-1001 or by electronic mail to him at robert.mcdougall@vermont.gov.

Dated at Montpelier, Vermont, this 30th day of July 2019.

Respectfully submitted,

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: _____
Robert F. McDougall (ERN 2973)

Assistant Attorney General
109 State Street
Montpelier, VT  05609
(802) 828-3186
robert.mcdougall@vermont.gov