*Pa L*

RECEIVED

AUG - 8 2019
2:19-cv-134
U.S. DISTRICT COURT
BURLINGTON, VT

## Lamoille County Sheriff's Department
## PO Box 96, Hyde Park, Vt. 05655

STATE OF VERMONT
LAMOILLE COUNTY, S.S.

| Return of Service |

CIVIL ACTION

Docket No: 546-6-19 Cncv

STATE OF VERMONT — Plaintiff

VS.

3M COMPANY ET AL — Defendant

CORTEVA, INC. — Defendant

E.I DU PONT DE NEMOURS AND CO. — Defendant

THE CHEMOURS COMPANY — Defendant

THE CHEMOURS COMPANY FC, LLC — Defendant
(LastName, FirstName or Business Name)

PROCESS # 2019-0441

VERMONT SUPERIOR COURT
FILED

AUG 0 5 2019

Chittenden Unit

On the **15** Day Of:  ( ) January      ( ) April      (✓) July        ( ) October
( ) February    ( ) May       ( ) August     ( ) November
At: **11.45** hrs.   ( ) March      ( ) June      ( ) September   ( ) December    2019

I made service of the following document(s) upon  Defendant: CORTEVA, INC.
(LastName, FirstName or Business Name)

**17 G.W. Tatro Drive**

by delivering a copy of same to:   CT CORP. SYSTEM AGENT
(LastName, FirstName or Business Name)

At: Jeffersonville. Vermont.   *Served Tana Beedice For C.T. Corp*

( ) or a person of sufficient age and discretion and resident thereof.

Of The Following Documents:   Jury Trial Demand
Summons
Notice of Appearance for Self Represented Litigant
Complaint

Or:

( ) I made a diligent search within the county for the defendant(s) and am unable to locate the
same; therefore the documents were NOT served.

(If Checked the Defendant was NOT served.)

*2 of 4*

Service Fee: $ **50.00**
Mileage Fee: $ _____
Postage Fee: $ _____
Total: $ **50.00**

_____
Deputy Sheriff  *964*

WHITE - Original          YELLOW - Office          PINK-Defendant

# STATE OF VERMONT

**SUPERIOR COURT**                          Civil          **DIVISION**

**Chittenden**          **Unit**                    Docket No.: **546-6-19 Cncv**

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| **State of Vermont** | VS. | **3M Company et al.**  |

## SUMMONS                          AUG 0 5 2019

THIS SUMMONS IS DIRECTED TO  Corteva, Inc., c/o CT Corporation System

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights.

2. **YOU MUST REPLY WITHIN 21* DAYS TO PROTECT YOUR RIGHTS.** You must give or mail the Plaintiff a **written response** called an Answer within 21* days of the date on which you received this Summons. You must send a copy of your Answer to the [Plaintiff][Plaintiff's attorney] located at: Kanner & Whiteley, LLC 701 Camp St., New Orleans, LA 70130

    You must also give or mail your Answer to the Court located at:
    Vermont Superior Court, Chittenden Unit, Civil Division, 175 Main St., Burlington, VT 05402

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT GIVE YOUR WRITTEN ANSWER TO THE COURT.** If you do not Answer within 21* days and file it with the Court, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint.

5. **YOU MUST MAKE ANY CLAIMS AGAINST THE PLAINTIFF IN YOUR REPLY.** Your Answer must state any related legal claims you have against the Plaintiff. Your claims against the Plaintiff are called Counterclaims. If you do not make your Counterclaims in writing in your Answer, you may not be able to bring them up at all. Even if you have insurance and the insurance company will defend you, you must still file any Counterclaims you may have.

6. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you cannot afford a lawyer, you should ask the court clerk for information about places where you can get free legal help. **Even if you cannot get legal help, you must still give the Court a written Answer to protect your rights or you may lose the case.**

**7. NOTICE OF APPEARANCE FORM.** THE COURT NEEDS TO KNOW HOW TO REACH YOU SO THAT YOU WILL BE INFORMED OF ALL MATTERS RELATING TO YOUR CASE. If you have not hired an attorney and are representing yourself, in addition to filing the required answer it is important that you file the Notice of Appearance form attached to this summons, to give the court your name, mailing address and phone number (and email address, if you have one). You must also mail or deliver a copy of the form to the lawyer or party who sent you this paperwork, so that you will receive copies of anything else they file with the court.

07/03/2019

_Plaintiff's Attorney/Court Clerk_        _Dated_

Served on        7/15/19        _Sheriff_

_Date_

* Use 21 days, except that in the exceptional situations where a different time is allowed by the court in which to answer, the different time should be inserted.